IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 03-800 |
| | : |
| TABARI MALIK ZAHIR | : |
| USM#57891-066 | : |

### ORDER

AND NOW this *16th* day of *March*, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 168 months, effective November 1, 2015.

BY THE COURT:

_____
The Honorable Michael M. Baylson
Senior United States District Court Judge